UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **Zane Johnson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CV-10-126-M-JCL** |
| **American Honda Motor** ) | |
| **Company, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_XX\_\_ **Decision by Court.** This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED that Honda's Renewed Motion to Strike the Testimony of Plaintiff's Expert Robb Larson is GRANTED.

IT IS FURTHER ORDERED that Honda's Renewed Motion for Judgment as a Matter of Law is GRANTED.

Dated this 31st day of January, 2013.

TYLER P. GILMAN, CLERK

By: \_\_\_\_/s/ A. Puhrmann_____
Deputy Clerk